BEAM, Circuit Judge,
dissenting.
I respectfully dissent. However, my dissent, at this point, is not directed toward the substance of the court’s opinion. I may well agree with the holding at an appropriate time in the future.
I would stay the filing of this opinion because it, in large part, deals with the same issue that is before the court en banc in Autio v. State of Minnesota, No. 97-3145, a ease that will be heard on September 23, 1998.
If the court en banc disagrees with the opinion reached by the panel in Autio, this filing will be an exercise in futility. Should the Autio panel be supported by the court en banc, this opinion can then be filed with proper reference to the Autio en bane decision.
ORDER
Nov. 12, 1998
The suggestion for rehearing en banc in this ease is granted. The opinion and judgment filed September 11, 1998, are vacated. The clerk is directed to set the case for oral argument before the court en bane on Monday, January 11,1999, in St. Louis, Missouri.
The case will be allotted twenty (20) minutes per side for oral argument.
Counsel are directed to submit an additional twenty-five (25) copies of their original briefs in the case. These additional copies are due November 25,1998.